Robert B. Wilson
Chapter 13 Trustee
6308 Iola Ave., Suite 100
Lubbock   TX  79424
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 13-70427-HDH-13 |
| RONALD MYRON CANTU | HEARING DATE:  8/20/2014 |
| | HEARING TIME:   10:00 AM |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)**

NOW COMES Robert B. Wilson, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required)  in accordance with Bankruptcy Rule 3007 and General Order 2010-01 and would respectively show unto to the Court as follows:

**I.**
**OBJECTION -- NO PROOF OF CLAIM FILED**

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 011 0 U | CAPITAL ONE BANK | $33.00 | 013 0 U | CHASE | $1,046.00 |
| 014 0 U | CHASE | $730.00 | 017 0 U | DISH NETWORK | $52.00 |
| 024 0 U | GREAT PLAINS LENDING | $200.00 | 025 0 U | HSBC BANK | $35.00 |
| 028 0 U | MOBILE LOANS LLC | $483.00 | 029 0 U | ONEMAIN FINANCIAL | $3,662.00 |
| 030 0 U | PORTFOLIO RECOVERY ASSOC | $710.26 | 031 0 U | PORTFOLIO RECOVERY ASSOC | $712.91 |
| 032 0 U | RISE | $115.14 | 033 0 U | SOUTHWESTERN BELL | $50.00 |

**II.**
**SPECIFIC OBJECTIONS**

No Objections

**III.**
**TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS**

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0   1ST INVESTORS | | 2011 TUNDRA | $31,724.96 | $31,724.96 | 6.00% | 60 | $658.96 PAID BY TRUSTE |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 009 0 U | PRA RECEIVABLES MANAGEMENT  *PURCHASES/CAPITAL ONE* | $1,567.67 | 010 0 U | CAPITAL ONE BANK NA  *PURCHASES* | $802.65 |
| 012 0 U | CITIBANK NA  *PURCHASES/BEST BUY* | $1,919.16 | 015 0 U | LVNV FUNDING  *PURCHASES/CREDIT ONE BANK* | $280.00 |
| 016 0 U | RESURGENT CAPITAL SERVICES  *PURCHASES/DELL* | $3,246.80 | 018 0 U | PREMIER BANKCARD /CHARTER  *PURCHASES* | $752.10 |
| 019 0 U | PRA RECEIVABLES MANAGEMENT  *PURCHASES/CHEVRON AND TEXACO* | $1,031.59 | 020 0 U | PRA RECEIVABLES MANAGEMENT  *PURCHASES/JC PENNEY* | $1,433.74 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 021 0 U | PRA RECEIVABLES MANAGEMENT | $2,529.40 | | 022 0 U | PRA RECEIVABLES MANAGEMENT | $299.62 |
| | *PURCHASES/GE CAPITAL RETAIL BANK SAMS CLUB DISCOVER* | | | | *PURCHASES/GE CAPITL RETAIL BANK WALMART* | |
| 023 0 U | GINNYS | $431.83 | | 026 0 U | MASON | $123.55 |
| | *PURCHASES* | | | | *LOAN* | |
| 027 0 U | RESURGENT CAPITAL SERVICES | $1,527.36 | | 034 0 U | GETTING (ISSUED BY WEBBANK) | $1,321.22 |
| | *PURCHASES/MERRICK BANK CORP* | | | | *PURCHASES/GETTINGTON WEBBANK* | |
| 038 0 U * | RJM ACQUISITIONS FUNDING LLC | $758.02 | | 040 0 U * | STONEBERRY | $179.78 |
| | *PURCHASES/FINGERHUT* | | | | *PURCHASES* | |
| | Not provided for in confirmed plan. | | | | Not provided for in confirmed plan. | |
| 044 0 U * | ALTAIR OH XIII LLC | $4,662.50 | | | | |
| | *PURCHASES/CITIBANK* | | | | | |
| | Not provided for in confirmed plan. | | | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim. Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## **TRUSTEE'S PLAN MODIFICATION**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2010-01 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

Debtor shall make 9 monthly payments of $1,028.00 beginning December 2013 and 51 monthly payments of $1,198.00 beginning September 2014 for a total plan contribution of $70,350.00.

/s/ Marc McBeath

_____
Robert B. Wilson  Bar#:21715000
Chapter 13 Trustee
Marc McBeath  Bar#:13328600
Staff Attorney

NOTICE OF HEARING AND PRE-HEARING CONFERENCE

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 8/20/2014 AT 10:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT:
US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301
AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2010-01 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Marc McBeath
_____
Robert B. Wilson  Bar#:21715000
Chapter 13 Trustee
Marc McBeath  Bar#:13328600
Staff Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:     6/27/2014                                        /s/ Marc McBeath

_____
Robert B. Wilson  Bar#:21715000
Chapter 13 Trustee
Marc McBeath  Bar#:13328600
Staff Attorney

1ST INVESTORS 380 INTERSTATE NORTH PARKWAY SUTIE 300  ATLANTA GA 30339
ALTAIR OH XIII LLC C/O WEINSTEIN PINSON AND RILEY PS 2001 WESTERN AVENUE  STE 400 SEATTLE WA 98121
ALTAIR OH XIII LLC C/O WEINSTEIN PINSON AND RILEY PS PO BOX 3978 SEATTLE WA 98124
CAPITAL ONE BANK ATTN: BANKRUPTCY DEPT PO BOX 30285 SALT LAKE CITY UT 84130
CAPITAL ONE BANK NA BY AMERICAN INFOSOURCE LP PO BOX 71083 CHARLOTTE NC 28272
CAPITAL ONE BANK PO BOX 26625  RICHMOND VA 23261
CAPITAL ONE BANK PO BOX 5253  CAROL STREAM IL 60197
CAPITAL ONE- BESTBUY PO BOX 790441  SAINT LOUIS MO 63179
CHASE PO BOX 15298  WILMINGTON DE 19850
CITIBANK NA 701 EAST 60TH STREET NORTH  SIOUX FALLS SD 57117
CITIBANK NA PAYMENT CENTER 4740 121ST ST URBANDALE IA 50323
CREDIT ONE BANK PO BOX 98873  LAS VEGAS NV 89193
DELL FINANCIAL SERVICES DELL FINANCIAL SERVICES ATTN BANKRUPTCY PO BOX 81577 AUSTIN TX 78708
DELL FINANCIAL SERVICES PO BOX 81577  AUSTIN TX 78708
DISH NETWORK PO BOX 7203  PASADENA CA 91109
FIRST INVESTORS SERVICING CORPORATION C/O REAGAN MCLAIN & HATCH LLP 6060 NORTH CENTRAL EXPWAY SUITE 690 DALLAS TX 75206
FIRST PREMIER BANK 3820 N LOUISE AVE  SIOUX FALLS SD 57107
GECRB/CHEVRON ATTENTION: BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
GECRB/JC PENNY ATTENTION: BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
GECRB/SAMS CLUB GECRB/SAMS CLUB PO BOX 103104 ROSWELL GA 30076
GEMB/WALMART ATTN: BANKRUPTCY PO BOX 103104 ROSWELL GA 30076
GETTING (ISSUED BY WEBBANK) 6250 RIDGEWOOD ROAD  ST CLOUD MN 56303
GINNYS 1112 7TH AVE  MONROE WI 53566
GINNYS C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS TX 75374
GREAT PLAINS LENDING 2274 S 1300 EAST STE G-15 #374  SALT LAKE CITY UT 84106
HSBC BANK PO BOX 30253  SALT LAKE CITY UT 84130
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JC PENNEY PO BOX 533  DALLAS TX 75221
LVNV FUNDING C/O RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE SC 29603
MASON C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS TX 75374
MASON EASY-PAY PO BOX 2808  MONROE WI 53566
MERRICK BK ATTN: BANKRUPTCY PO BOX 9201 OLD BETHPAGE NY 11804
MOBILE LOANS LLC PO BOX 4109  MARKSVILLE LA 71351
ONEMAIN FINANCIAL PO BOX 499  HANOVER MD 21076
PORTFOLIO RECOVERY ASSOC PO BOX 12914  NORFOLK VA 23541
PORTFOLIO RECOVERY ASSOCIATES LLC PO BOX 41067  NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO REC ASSOC PO BOX 41067 NORFOLK VA 23541
PRA RECEIVABLES MANAGEMENT PORTFOLIO RECOVERY ASSOC PO BOX 12914 NORFOLK VA 23541
PREMIER BANKCARD /CHARTER PO BOX 2208  VACAVILLE CA 95696
RESURGENT CAPITAL SERVICES PO BOX 10368  GREENVILLE SC 29603
RESURGENT CAPITAL SERVICES PO BOX 10390  GREENVILLE SC 29603
RESURGENT CAPITAL SERVICES PO BOX 10587  GREENVILLE SC 29603
RISE 4150 INTERNATIONAL PLAZA SUITE 400  FORT WORTH TX 76109
RJM ACQUISITIONS FUNDING LLC 575 UNDERHILL BLVD STE 224  SYOSSET NY 11791
RONALD MYRON CANTU 139 W HURON CIR  NOCONA TX 76255
SOUTHWESTERN BELL PO BOX 930170  DALLAS TX 75242
STONEBERRY C/O CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS TX 75374
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
WEBBANK-GETTINTON 6250 RIDEWOOD ROA  SAINT CLOUD MN 56303